PD-0240-15

NO. *14-13-01118-CR*

| | | |
|---|---|---|
| STINER, DANIEL JACOB, | § | IN THE TEXAS COURT |
| (Petitioner) | | |
| VS. | § | OF CRIMINAL APPEALS, |
| | | |
| STATE, OF TEXAS, | § | AUSTIN, TEXAS |
| (Respondent) | | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

**PETITIONER'S MOTION TO SUSPEND**

**REQUIREMENT OF ADDITIONAL COPIES**

Petitioner, <u>DANIEL JACOB STINER</u>, proceeding pro se in the above styled and numbered cause, respectfully moves this court to suspend T.R.A.P. RULE 9.3(b)(1) (Requirement of 11 additional copies of PDR) pursuant to T.R.A.P. RULE 2. In support thereof, petitioner would show the following:

FILED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

1. Petitioner, has timely filed a Petition For Discretionary Review;

2. Petitioner, is indigent and unable to obtain representation from an attorney, nor does petitioner have any means of obtaining additional copies of his PDR, etc., due to his incarceration;

3. Petitioner, is presently incarcerated at the Mark W. Stiles Unit, in Beaumont, Texas, (T.D.C.J.-I.D.), and is prohibited from obtaining copies of his PDR, etc., without a Court order requesting such;

4. Petitioner, believes his PDR has substantial merit, requiring this Court's review;

1.

5. Pursuant to T.R.A.P. RULE 2, this Court has the authoritity to suspend T.R.A.P. RULE 9.3(b)(1) for good cause, as shown herein.

Executed on this ___30___ day of __April__ , 2015.

_____

DANIEL JACOB STINER

3060 FM 3514 #1902902

BEAUMONT, TEXAS, 77705

## OATH AND CERTIFICATE OF SERVICE

I, DANIEL J. STINER, do declare under the penalty of perjury pursuant to TEX.CIV.P.REM. CODE, §132.001 - §132.003, that the facts stated herein my Motion To Suspend Requirement of Additional Copies are true and correct, and I futher certify that a true and correct copy of said Motion was served on Respondent, and the State Prosecutor, by U.S. Mail, postage prepaid, addressed

to: Ms. Katherine Warren     **AND**     State Prosecutor

     (Asst. Dist. Attny.)              P.O. Box 12405

     1201 Franklin St, 6th Fl.      Austin, Texas, 78711

     Houston, Texas, 77002

Executed on this ___30___ day of __April__ , 2015

_____

DANIEL JACOB STINER

3060 FM 3514 #1902902

BEAUMONT, TEXAS, 77705

2.